IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BONNIE MCNEIL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-3664 |
| | § | |
| MICHAEL ASTRUE, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on May 1, 2009. The court has also considered the objections of the defendant and made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989).

Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. The motion for attorney's fees and costs pursuant to the Equal Access to Justice Act is granted, in part and denied, in part. This court finds that the hours charged by counsel for the plaintiff are reasonable, for the reasons analyzed by the Magistrate Judge. Based on the rates found to apply in the Memorandum and Recommendation, it is ordered that the plaintiff's counsel be awarded the sum of $10,518.00 in fees.

SIGNED on May 22, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge